ACCEPTED
15-25-00053-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/23/2025 2:08 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00053-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/23/2025 2:08:34 PM
CHRISTOPHER A. PRINE
Clerk

_____

**IN THE
COURT OF APPEALS
FIFTEENTH DISTRICT OF TEXAS AT AUSTIN**

_____

**ROYAL BENGAL CONSTRUCTION, INC.**

**v.**

**UNITED RENTALS, INC.**

Appealed from 191ST Judicial District Court
Trial Court Cause No. DC-24-02808 in Dallas County, Texas

---

**APPELLANT'S UNOPPOSED <u>FINAL</u> MOTION TO EXTEND TIME TO
FILE PRINCIPAL BRIEF**

---

**TO THE HONORABLE COURT OF APPEALS**

APPELLANT, by and through counsel, file this FINAL MOTION TO EXTEND TIME TO FILE BRIEF and would show this Court the following:

**BACKGROUND & RELIEF REQUESTED**

1. Appellant's Brief on the merits is due on June 23, 2025.

2. Appellant has previously requested two extensions of its Principal Brief.

3. Appellee requests a **7-day extension** of its APPELLANT'S BRIEF due date to Monday, June 30, 2025.

4. Appellant's original due date for its brief was May 7, 2025, this extension would extend that time until June 30, 2025, which is less than 60 days from the original/first due date for Appellant's brief.

## ATTEMPTS TO CONFERENCE

5. Counsel for Appellee is Unopposed.

## BACKGROUND

6. Appellant and Appellee, through counsel, have negotiated a settlement agreement that conditions release of the judgment—which would resolve the issues between the parties—on a single, timely payment.

7. Appellant has needed and been given an extension by Appellee to make this payment on or before Monday, June 30, 2025. Thus, it is hoped that this matter will be put to rest on June 30, 2025, and Appellant anticipates (on June 30, 2025) filing a Motion requesting this Court to dismiss this appeal—after Appellant wires payment.

8. As a way to minimize attorney's fees on the parties and incurred by the parties and respective attorneys, additional time would permit the parties to fully resolve this matter without having to prepare briefs.

9. Events beyond Appellant's control led to Appellant's need to request an extension of Appellant's payment deadline from Appellee.

## CAUSES FOR EXTENSION

10.   Appellant needs additional time because the parties have reached a settlement agreement that once payment has been made by Appellant would alleviate the need for this appeal. **But Appellant needed an extension (and was given one) to make payment by June 30, 2025.**

11.   During this time, Appellant desired to conserve attorney resources and would need additional time to prepare its Appellant's brief in the unlikely even the parties do not reach a settlement.

12.   This extension is not sought solely for delay, not sought for needless delay, or to be used as an instrument of oppression against Appellant.

13.   This extension is sought to allow adequate time to fully and adequately respond to Appellant's brief and so that justice may be done.

14.   Neither party will be prejudiced by the extension.

15.   Both parties will be prejudiced—by not granting the extension—because then both sides might otherwise have to devote resources to prosecuting this appeal while also working toward a resolution.

16.   This extension will NOT cause a delay of Appellant's briefing beyond a total of 60 days as Appellant's original briefing due date was May 7, 2025.

## PRAYER FOR RELIEF

Wherefore, premises considered, Movant prays that this Court will GRANT this motion, and prepare an ORDER moving the due date for Movant's Brief forward days, from its current due date of June 23, 2025, to June 30, 2025.

Respectfully Submitted.

By: /s/ *William Knisley*
**WILLIAM KNISLEY**
SBOT No. 24095728
William@Knisley.Law

**KNISLEY, PLLC**
PO BOX 803710
Dallas TX 75380
(T) 972-925-9225
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this document has been E-Served on all parties or their counsel of record through the Texas E-File System via their email address on file on 6/23/2025.

/s/ *William Knisley*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Appellee is unopposed to this Motion.

/s/ William Knisley

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 102307939
Filing Code Description: Motion
Filing Description: Final Motion For Extension of Appellant's Brief
Status as of 6/23/2025 2:25 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William Knisley | | William@Knisley.Law | 6/23/2025 2:08:34 PM | SENT |
| Matt Garcia | | matt@barnettgarcia.com | 6/23/2025 2:08:34 PM | SENT |
| Tracy East | | paralegal@barnettgarcia.com | 6/23/2025 2:08:34 PM | SENT |